Philip Christian Bikle
1616 South Varna Street, Anaheim, California 92804
(301) 802-9953

FILED
2013 JUN 14 PM 4:36
U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Philip Christian Bikle

                PLAINTIFF/PETITIONER,

v.

Does 1-9; Traffic supervisor "Martha"; Commissioner Michael Pearce; Judge Deborah Sanchez; et al DEFENDANT(S).

CASE NUMBER

SA CV 13 - 00911 un (JPR)

REQUEST TO PROCEED
IN FORMA PAUPERIS WITH
DECLARATION IN SUPPORT

Lodged by kd

I, __Philip Christian Bikle_____, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐Yes ☑No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. __October 2005, ~$1200/month__

2. Have you received, *within the past twelve months*, any money from any of the following sources?

   a. Business, profession or form of self-employment? ☐Yes ☐No
   b. Rent payments, interest or dividends? ☐Yes ☐No
   c. Pensions, annuities or life insurance payments? ☐Yes ☐No
   d. Gifts or inheritances? ☑Yes ☐No
   e. Any other income (other than listed above)? ☐Yes ☐No
   f. Loans? ☐Yes ☐No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: __~$800-$1000 from parents and relatives as birthday money and gifts.__

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☑Yes ☐No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.
   Bank of America checking account. The account has had ~$720-$900 in the last 6 months.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑Yes ☐No

   If the answer is yes, describe the property and state its approximate value: 1993 Ford f150 truck, blue book value is estimated ~$3700.

5. In what year did you last file an Income Tax return? 2012

   Approximately how much income did your last tax return reflect? $0

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

_____California_____          _____Orange County_____
         State                               County (or City)

I, Philip Christian Bikle _____, declare under penalty of perjury that the foregoing is true and correct.

_____June 11, 2013_____          _____[signature]_____
         Date                    Plaintiff/Petitioner (Signature)