## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**PHILIP C BIKLE**

PLAINTIFF(S)

v.

**DOE 1-9 ETC ET AL**

DEFENDANT(S)

CASE NUMBER

**SACV13- 911 UA (JPR)**

**ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE**

**IT IS ORDERED** that the complaint may be filed without prepayment of the filing fee.

Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

_6/17/13_
_____
Date

_____
United States Magistrate Judge
**JEAN P. ROSENBLUTH**

---

**IT IS RECOMMENDED** that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency.

☐ Legally and/or factually patently frivolous

☐ Other: _____

☐ District Court lacks jurisdiction.

☐ Immunity as to _____

Comments:

_____
Date

_____
United States Magistrate Judge

---

**IT IS ORDERED** that the request of plaintiff to file the action without prepayment of the filing fee is:

☐ **GRANTED**    ☐ **DENIED (See comments above).**

_____
Date

_____
United States District Judge

CV-73A (01/10)        ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE