1

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: _____7·26·13_____

DEPUTY CLERK _____

JS-6  /  **ENTERED**

```
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

      JUL 2 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY
```

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHILIP C. BIKLE, | ) Case No. SACV 13-0911-DOC (JPR) |
| Plaintiff, | ) |
| | ) **J U D G M E N T** |
| vs. | ) |
| DOE 1-9 et al., | ) |
| Defendants. | ) |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: July 24, 2013

_David O. Carter_
DAVID O. CARTER
U.S. DISTRICT JUDGE

```
ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

      JUL 2 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY
```