FILED

2013 SEP -3 PM 3:51

U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

Certificate of compliance pursuant to
Federal Rules of Appellate Procedure Rule 10(b)(1)(B)
for District Court case number: 8:13-cv-00911-DOC-JPR
and
Appeals Court case number: 13-56504

I certify pursuant to the Federal rules of appellate procedure rule 10(b)(1)(B), that no transcript will be ordered due to the fact that there have been no oral hearings prior to the district court judgment of dismissal.

_Philip C. Bikle_     9/3/13
Philip C. Bikle, Appellant     Date
1616 South Varna Street,
Anaheim, California [92804]