A Statement Of The Issues
That Appellant Intends To Present On The Appeal
In District Court Case Number: 8:13-cv-00911-DOC-JPR
and
Appeals Court Case Number: 13-56504

The appellant intends to raise issues of how the District Court erred in determining, pursuant to 28 U.S.C. 1915(e)(2), that the appellant's claim was frivolous, failed to state a claim on which relief may be granted, and that monetary relief was sought against defendants who were immune from such relief. While the District Court indicated that the dismissal was based upon 28 U.S.C. 1915(e)(2), there were no allegations by the court pursuant to 28 U.S.C. 1915(e)(2)(A) whereby the court would have had to make a determination that the appellant's allegations of poverty were untrue. Appellant will raise issues demonstrating that the District Court erred in the application of 28 U.S.C. 1915(e)(2)(B) to the appellant's complaint.

The appellant will raise issues to demonstrate that his complaint is not frivolous, it does not fail to state a claim on which relief may be granted, and that monetary relief was sought against defendants who were not immune from such relief. In addition, appellant will demonstrate that there is cognizable legal theory and sufficient facts alleged to support a cognizable legal theory to support his complaint. Appellant will demonstrate that the District Court did not accept as true all the factual allegations in appellants' claim, which were not allegations that were merely conclusory, unwarranted deductions of thoughts, unreasonable inferences, fantastic or delusional, fanciful, or rising to the level of the irrational or wholly incredible. Appellant will raise issues that demonstrates the claim is facially plausible.

Appellant will also raise issues that demonstrate that the court does not lack subject matter jurisdiction to consider his complaint, which is not patently insubstantial or frivolous, and it will be demonstrated to include all of the requirements to be considered a prima facie case.

_____   9/3/13
Philip C. Bikle, Appellant            Date
1616 South Varna Street,
Anaheim, California [92804]