UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 13-911 DOC (JPRx)            Date: September 16, 2013

Title: PHILIP C. BIKLE V. TRAFFIC SUPERVISOR MARTHA, ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | N/A |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER DENYING IN FORMA PAUPERIS STATUS ON APPEAL**

     This matter comes before the Court on referral from the Ninth Circuit, Case No. 13-56504, to determine whether in forma pauperis status should continue on appeal or whether the appeal is frivolous or taken in bad faith. *See* 28 U.S.C. § 1915(a)(3); *see also Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

     For the same reasons set forth in this Court's Order Dismissing Complaint with Prejudice, Dkt. 6, the Court finds that this matter is frivolous and taken in bad faith. Therefore, the Court DENIES in forma pauperis status on appeal.

     The Clerk shall serve a copy of this minute order on the Clerk of the Court for the Ninth Circuit and on counsel for all parties in this action.

cc: Appeals

MINUTES FORM 11
CIVIL-GEN                                                                                                 Initials of Deputy Clerk: jcb